UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ULINE, INC., a Delaware corporation | ) **FILED UNDER SEAL** ) |
| Plaintiff, | ) Civil Action No. 04C 1954 ) |
| v. | ) Hon. Elaine E. Bucklo ) |
| JIT PACKAGING, INC., an Illinois Corporation | ) ) ) |
| Defendant. | ) |

**JIT PACKAGING, INC.'S RESPONSE TO ULINE'S
MOTION FOR SUMMARY JUDGMENT ON JIT'S COUNTERCLAIMS**

**FILED AS A RESTRICTED DOCUMENT IN ACCORDANCE WITH THE
PROTECTIVE ORDER DATED SEPTEMBER 27, 2004**

**RESTRICTED DOCUMENT PURSUANT TO LR 26.2**

Date: February 10, 2006

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _____
David C. Hilliard
Uli Widmaier
Andrew N. Downer
Kristen S. Knecht
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

Attorneys for Defendant JIT Packaging, Inc.